## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JEREMY KENNEDY**                                                    **PLAINTIFF**
**ADC #93061**

v.                                  **No: 5:13-cv-397-DPM-HDY**

**LARRY MAY, Deputy Director, ADC;**
**GREG HARMON; Warden, Wrightsville Unit,**
**ADC; and JANE DOE, Records Department**
**Supervisor**                                                    **DEFENDANTS**

### ORDER

Kennedy has not paid the filing and administrative fees in this § 1983

case. In *Kennedy v. Luckett*, 5:05-cv-104, the Court found that he was a three-

striker under the PLRA. 28 U.S.C. § 1915(g). He has filed at least three cases

that were dismissed for failure to state a claim upon which relief may be

granted. *Kennedy v. Byers*, 5:04-cv-8; *Kennedy v. Minor*, 5:04-cv-46; *Kennedy v.*

*Barker*, 5:93-cv-489. The exception to the three-strikes provision does not

apply because Kennedy has not alleged that he is in imminent danger of

serious physical injury. 28 U.S.C. § 1915(g).

Kennedy's complaint is dismissed without prejudice. The Court

certifies that an *in forma pauperis* appeal from this Order and the related

Judgment would not be taken in good faith. If he wishes to pursue this case,

he must pay $400.00 (the statutory filing and administrative fees) and file a
motion to reopen the case by 7 February 2014.

So Ordered.

D.P. Marshall Jr.
United States District Judge

13 January 2014

2