# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JEREMY KENNEDY**  
**ADC #93061**                                                                 **PLAINTIFF**

v.                              No: 5:13-cv-397-DPM

**LARRY MAY, Deputy Director, ADC;**  
**GREG HARMON; Warden, Wrightsville Unit,**  
**ADC; and JANE DOE, Records Department**  
**Supervisor**                                                                 **DEFENDANTS**

## JUDGMENT

Kennedy's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*  
D.P. Marshall Jr.  
United States District Judge

13 January 2014