## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JEREMY KENNEDY**                                                      **PLAINTIFF**
**ADC #93061**

v.                          No: 5:13-cv-397-DPM

**LARRY MAY, Deputy Director, ADC;**
**GREG HARMON; Warden, Wrightsville Unit,**
**ADC; and JANE DOE, Records Department**
**Supervisor**                                        **DEFENDANTS**

## JUDGMENT

Kennedy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2014